UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR -6  P 2:23

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LESLIE T. HASKINS, INC., d/b/a HASKINS OLDSMOBILE, a Massachusetts corporation,<br>Plaintiff<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br>Defendant | CIVIL ACTION NO. 05-CV-10524-RCL |

## NOTICE OF APPEARANCE

Please enter my Appearance as counsel for plaintiff, Leslie T. Haskins, Inc. d/b/a/ Haskins Oldsmobile, in the above-captioned matter.

Respectfully submitted,

Kevin C. Cain #550055
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100

PABOS2:KCAIN:611953_1
14914-91161

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury
DATED: 4/5/05