UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE T. HASKINS, INC., d/b/a HASKINS OLDSMOBILE, a Massachusetts corporation,<br>Plaintiff<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br>Defendant | CIVIL ACTION NO. 05-CV-10524-RCL |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff LESLIE T HASKINS, INC., d/b/a HASKINS OLDSMOBILE, by and through its undersigned attorney, moves for an order granting an extension of time to respond to Defendant GENERAL MOTORS CORPORATION'S ("GM") Motion to Dismiss the Complaint and Memorandum of Law In Support of Its Motion to Dismiss the Complaint in this matter and as grounds therefor states:

1. GM filed its Motion to Dismiss the Complaint and Memorandum of Law In Support of Its Motion to Dismiss the Complaint on April 18, 2005.

2. All parties have been consulted and have agreed that Plaintiff may have an additional fourteen (14) days to file its response. Plaintiff is in need of this additional time in order to adequately address the arguments presented by GM's Motion to Dismiss.

3. This Motion is made in good faith and not merely for delay.

WHEREFORE, Plaintiff prays that the Court grant it an additional fourteen (14) days to respond to the Motion to Dismiss the Complaint and Memorandum of Law In Support of Its Motion to Dismiss the Complaint in this matter.

-2-

          Respectfully submitted,

          _____
          Kevin C. Cain #550055
          Peabody & Arnold LLP
          30 Rowes Wharf
          Boston, MA  02110
          617-951-2100

Dated: April 28, 2005.

613533_1
14914-91161

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 5/2/05