UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE T. HASKINS, INC., d/b/a HASKINS OLDSMOBILE, a Massachusetts Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION a Delaware Corporation,<br><br>Defendant. | C.A. NO.: 1:05-CV-10524-RCL |

### STIPULATION OF DISMISSAL

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and move that this court dismiss this action with prejudice and without costs.

| | |
|---|---|
| **LESLIE T. HASKINS, INC., d/b/a HASKINS OLDSMOBILE**<br>By its attorneys,<br>MYERS & FULLER, P.A.<br><br>_____<br>Richard N. Sox, Jr. (Admitted *Pro Hac Vice*)<br>2822 Remington Green Circle<br>Tallahassee, FL 32308<br>(850) 878-6404 | **GENERAL MOTORS CORPORATION**<br>By Its Attorneys<br><br>CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.<br><br>_____<br>Richard P. Campbell (BBO# 071600)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

DATED: 8/26/05

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent to the following counsel of record on __8/26/05__, 2005 by first class mail:

Kevin C. Cain
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

Richard N. Sox, Jr.
W. Douglas Moody
Myers & Fuller, P.A.
2822 Remington Green Circle
Tallahassee, FL 32308

Robert F. MacDonald, Jr.
Berstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, West Tower
Portland, ME 04104

Leonid Feller
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

_____
Richard P. Campbell